1  PHILLIP A. TALBERT
   Acting United States Attorney
2  LAURA D. WITHERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Dec 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JASON CHAN &<br>JAMAR ROGERS,<br><br>              Defendants. | CASE NO. 1:21-CR-00292-DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 2, 2021, charging the above defendants with a violation of 18 U.S.C. §§ 1343, 2(a) – Wire Fraud, and Aiding and Abetting (7 Counts); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that

///

///

///

///

Motion to Seal Indictment                         1

no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 2, 2021  Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By   /s/ Laura Withers
LAURA WITHERS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 2, 2021   _____
Barbara A. McAuliffe
U.S. Magistrate Judge