PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00292-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| JASON CHAN & JAMAR ROGERS, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 27, 2022.

2. By this stipulation, the parties now move to continue the status conference until August 24, 2022, and to exclude time between April 27, 2022, and August 24, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying. This discovery requires a hard-drive with 256 gigabytes of data.

    b) Counsel for defendants desire additional time to meet with their out-of-custody

clients, to review discovery, pursue investigation, and discuss possible resolution with the government.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      In addition, counsel for government has just been re-assigned to this case, and he will be out of the country at the time of the currently scheduled status conference.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2022 to August 24, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because, once filed, the court will need time to consider the proposed plea agreement.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 6, 2022                                  PHILLIP A. TALBERT
                                                             United States Attorney

                                                            /s/ MARK J. McKEON
                                                           MARK J. McKEON
                                                           Assistant United States Attorney

Dated:  April 6, 2022                         /s/ RANDY SUE POLLOCK
                                                                          RANDY SUE POLLOCK
                                                                          Counsel for Defendant
                                                                          JASON CHAN

Dated:  April 6, 2022                         /s/ REED GRANTHAM
                                                                          REED GRANTHAM
                                                                          Counsel for Defendant
                                                                          JAMAR ROGERS

## **ORDER**

IT IS SO ORDERED that the status conference is continued from April 27, 2022, to **August 24, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  __**April 6, 2022**__                         /s/ Barbara A. McAuliffe
                                                                                                       UNITED STATES MAGISTRATE JUDGE