HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMAR ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JAMAR ROGERS,<br><br>     Defendant. | Case No.  1:21-cr-00292-DAD-BAM-2<br><br>**STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE** |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Mark McKeon, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Jamar Rogers, that condition 7(c) of Mr. Roger's release, previously imposed on February 22, 2022, *see* Dkt. #22, that he "reside with your third-party custodian at a location approved by the Pretrial Services Officer, and not change your residence without prior approval of Pretrial Services Officer," be modified to state that Mr. Rogers "reside at a location approved by the Pretrial Services Officer, and not change your residence without prior approval of Pretrial Services Officer."

   On February 22, 2022, a detention hearing was held in Mr. Rogers' case. *See* Dkt. #21. At the detention hearing, the Court ordered Mr. Rogers released on various conditions. *See* Dkt. #22. Condition 7(c) provided that Mr. Rogers "reside with your third-party custodian at a

location approved by the Pretrial Services Officer, and not change your residence without prior approval of Pretrial Services Officer." Dkt. #22 at 2. Following his release, Mr. Rogers has resided with his third-party custodian, Andrea Nathan in San Diego. Because he currently resides in San Diego, he has been supervised by a Pretrial Services Officer in the Southern District of California. Since his release, Mr. Rogers has no violations of any term or condition of his pretrial release and he has maintained compliance over the last four months. Mr. Rogers now wishes to move to a different residence that would be closer to his employment.

After verifying Mr. Rogers' current employment and speaking with Mr. Rogers' third-party custodian, Mr. Rogers' assigned Pretrial Services Officer in the Southern District of California as well as the assigned Pretrial Services Officer in this district do not oppose the modification set forth herein which would permit Mr. Rogers to reside at a location approved by his assigned Pretrial Services Officer but would not require him to reside with his third-party custodian.

In light of the above, the parties, including Pretrial Services, agree to the modification as set forth above, and ask that the Court modify this condition. All other terms and conditions of Mr. Rogers' pretrial release, previously imposed on February 22, 2022, shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: June 29, 2022         /s/ Mark McKeon
                             MARK MCKEON
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender

Date: June 29, 2022          /s/ Reed Grantham
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             JAMAR ROGERS

**O R D E R**

IT IS SO ORDERED. The above term and condition of Mr. Rogers' pretrial release, previously imposed on February 22, 2022, is hereby modified as set forth above. All other conditions previously imposed remain in full force and effect.

DATED: 6/29/2022

_Sheila K. Oberto_
HON. SHEILA K. OBERTO
United States Magistrate Court Judge