1   PHILLIP A. TALBERT
    United States Attorney
2   MARK J. McKEON
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:   (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                        IN THE UNITED STATES DISTRICT COURT
9
                           EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                    CASE NO.  1:21-CR-00292-DAD-BAM

12                         Plaintiff,            STIPULATION REGARDING EXCLUDABLE
                                                 TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                         v.                    FINDINGS AND ORDER

14  JASON CHAN & JAMAR ROGERS                    DATE: August 24, 2022
                                                 TIME: 1:00 p.m.
15                         Defendants.           COURT: Hon. Barbara A. McAuliffe

16

17                                   **STIPULATION**

18      1.      By previous order, this matter was set for status on August 24, 2022.

19      2.      By this stipulation, defendants now move to continue the status conference until October

20  26, 2022, and to exclude time between August 24, 2022, and October 26, 2022, under Local Code T4.

21      3.      The parties agree and stipulate, and request that the Court find the following:

22          a)      The government has represented that the discovery associated with this case has

23  been either produced to counsel and/or made available for inspection and copying. This

24  discovery requires a hard drive with 256 gigabytes of data.

25          b)      Counsel for defendants desire additional time to meet with their out-of-custody

26  clients, to review discovery, pursue investigation, and discuss possible resolution with the

27  government.  In addition, counsel for defendant Chan will be in a jury trial during the entire

28  month of August in a case pending in the U.S. District Court for the Northern District of

    STIPULATION REGARDING EXCLUDABLE TIME            1
    PERIODS UNDER SPEEDY TRIAL ACT

1  California.

2      c)      Counsel for defendants believe that failure to grant the above-requested

3  continuance would deny them the reasonable time necessary for effective preparation, taking into

4  account the exercise of due diligence.

5      d)      The government does not object to the continuance.

6      e)      Based on the above-stated findings, the ends of justice served by continuing the

7  case as requested outweigh the interest of the public and the defendant in a trial within the

8  original date prescribed by the Speedy Trial Act.

9      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  et seq., within which trial must commence, the time period of August 24, 2022 to October 26,

11  2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12  T4] because it results from a continuance granted by the Court at defendant's request on the basis

13  of the Court's finding that the ends of justice served by taking such action outweigh the best

14  interest of the public and the defendant in a speedy trial.

15  4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

16  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17  must commence.

18  IT IS SO STIPULATED.

19

20

21  Dated:  July 5, 2022                          PHILLIP A. TALBERT
                                                  United States Attorney

22

23  /s/ MARK J. McKEON
                                                  MARK J. McKEON
                                                  Assistant United States Attorney

24

25

26  Dated:  July 5, 2022                          /s/ RANDY SUE POLLOCK
                                                  RANDY SUE POLLOCK
                                                  Counsel for Defendant
27                                                JASON CHAN

28

STIPULATION REGARDING EXCLUDABLE TIME                2
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  July 5, 2022

/s/ REED GRANTHAM
REED GRANTHAM
Assistant Federal Defender
Counsel for Defendant
JAMAR ROGERS

## **ORDER**

IT IS SO ORDERED that the status conference is continued from August 24, 2022, to **October 26, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **July 5, 2022**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE