RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JASON CHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON CHAN and<br>JAMAR ROGERS,<br><br>Defendants.<br>_____ / | No. CR. 1:21-cr-00292-ADA-BAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br>_____<br><br>Date:  October 26, 2022<br>Time:  1 p.m.<br>Court: Hon. Barbara A. McAuliffe |

   Defendant Jason Chan, by and through his counsel of record Randy Sue Pollock, defendant Jamar Rogers, by and through his counsel Assistant Federal Public Defender Reed Grantham, and Assistant United States Attorney Alexandre Mikhail Dempsey, hereby request that the status conference presently set for October 26, 2022 at 1 p.m. be continued to February 22, 2023.

**STIPULATION**

1. By previous order, this matter was set for status on October 16, 2022.
2. By this stipulation, defendants now move to continue the status conference until February 22, 2023, and to exclude time between October 26, 2022 and February 22, 2023, under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
    a. The government has represented that the discovery associated with this case has been either produced to counsel and/or made available for inspection and copying.  This discovery consists of thousands of pages of discovery.
    b. Counsel for the defendants desire additional time to meet with their out-of-custody clients, to review discovery, pursue investigation, an d discuss possible resolution with the government.
    c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
    d. The government does not object to the continuance.
    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et.seq., within which trial must commence, the time period of October 26, 2022 to February 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161 (h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy /Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

     IT IS SO STIPULATED.

Dated: October 17, 2022                    */s/ Randy Sue Pollock*
                                           RANDY SUE POLLOCK
                                           Counsel for Jason Chan

Dated: October 17, 2022                    */s/ Reed Grantham*
                                           Assistant Federal Public Defender
                                           Counsel for Jamar Rogers

Dated: October 17, 2022                    */s/ Alexandre Mikhail Dempsey*
                                           Assistant United States Attorney

### **ORDER**

   IT IS SO ORDERED that the status conference is continued from October 26, 2022, to **February 22, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

   Dated:   **October 18, 2022**            /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE