PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>             v.<br><br>JASON CHAN & JAMAR ROGERS<br><br>                        Defendants. | CASE NO. 1:21-CR-00292-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 22, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status on February 22, 2023.

2. By this stipulation, defendants now move to continue the status conference until May 24, 2023, and to exclude time between February 22, 2023, and May 24, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case has been either produced to counsel and/or made available for inspection and copying. This discovery requires a hard drive with 256 gigabytes of data.

   b) Counsel for defendants desire additional time to meet with their out-of-custody clients, to review discovery, pursue investigation, and discuss possible resolution with the government.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 22, 2023 to May 24, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: February 1, 2023        PHILLIP A. TALBERT
                  United States Attorney

                  /s/ ALEXANDRE DEMPSEY
                  ALEXANDRE DEMPSEY
                  Assistant United States Attorney

Dated: February 1, 2023        /s/ RANDY SUE POLLOCK
                  RANDY SUE POLLOCK
                  Counsel for Defendant
                  JASON CHAN

///

///

Dated: February 1, 2023                 /s/ REED GRANTHAM
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Counsel for Defendant
                                        JAMAR ROGERS

## **ORDER**

IT IS SO ORDERED that the status conference is continued from February 22, 2023, to **May 24, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 14, 2023**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE