PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JASON CHAN, and<br>JAMAR ROGERS,<br><br>　　　　　　　　Defendants. | CASE NO. 1:21-CR-00292-ADA-BAM<br><br>JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 26, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

　　　　This case is set for status conference July 26, 2023. As set forth below, the parties now move, by stipulation, to vacate the status conference, set this matter for change of plea before the District Judge on October 10, 2023, and to exclude the time period between July 26, 2023 and October 10, 2023 under the Speedy Trial Act.

**STIPULATION**

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on July 26, 2023.

　　　　2.　　On July 12, 2023 Defendant Rogers filed his plea agreement. (ECF #49). Defendant Chan and government counsel both believe that Defendant Chan's plea agreement will be filed in the near future.

　　　　3.　　By this stipulation, defendants now move to set the matter for change of plea on October

10, 2023, and to exclude time between July 26, 2023, and October 10, 2023, under Local Code T4.

   4.  The parties agree and stipulate, and request that the Court find the following:

     a)  The parties have reached a resolution and need additional time to prepare for the change of plea hearing.  Government counsel recently substituted into the case.

     b)  The government has represented that the discovery associated with this case is voluminous and includes many thousands of pages of documents, financial records, witness interviews, investigative reports, and other evidence.  This is a large scale financial fraud case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

     c)  Counsel for defendants desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential issues with newly substituted government counsel, and prepare for the change of plea hearing.

     d)  Counsel for defendants believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     e)  The government does not object to the continuance.

     f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2023 to October 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///

///

///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 6, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  July 19, 2023

/s/ Randy Sue Pollock
Randy Sue Pollock
Law Office of Randy Sue Pollock
Counsel for Defendant Jason Chan

Dated:  July 19, 2023

HEATHER E. WILLIAMS
Federal Defender

/s/ Reed Grantham
Reed Grantham
Assistant Federal Defender
Counsel for Defendant
Jamar Rogers

## ORDER

IT IS SO ORDERED that the status conference set for July 26, 2023, is vacated. A change of plea hearing is set for **October 10, 2023, at 8:30 a.m. before District Judge Ana de Alba**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **July 19, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3